Association et al. for divided argument granted. Request for additional time for oral argument denied. Motion of Humboldt County et al. for divided argument granted. Request for additional time for oral argument denied.

No. 81–5044.  MONROE *v.* LOUISIANA, *ante*, p. 1229;

No. 81–5240.  GATES *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante*, p. 1213;

No. 81–5698.  SONNIER *v.* LOUISIANA, *ante*, p. 1229;

No. 81–5947.  WATERS *v.* GEORGIA, *ante*, p. 1213;

No. 81–5962.  TAYLOR *v.* NORTH CAROLINA, *ante*, p. 1213;

No. 81–6454.  MATTHESON *v.* LOUISIANA, *ante*, p. 1229;

No. 82–698.  HOWARD ET AL. *v.* TAYLOR ET AL., *ante*, p. 1229;

No. 82–1080.  SIMON ET AL. *v.* DAVIS, SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, ET AL., *ante*, p. 1219;

No. 82–1679.  ALBERDING *v.* DONOVAN, SECRETARY OF LABOR, *ante*, p. 1207;

No. 82–1804.  MUELLER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (CALIFORNIA, REAL PARTY IN INTEREST), *ante*, p. 1208;

No. 82–1902.  DOLENZ *v.* ALL SAINTS EPISCOPAL HOSPITAL, 462 U. S. 1134;

No. 82–5128.  MATHIS *v.* GEORGIA, *ante*, p. 1214;

No. 82–5260.  MOORE *v.* LOUISIANA, *ante*, p. 1214;

No. 82–5868.  WILLIAMS *v.* MAGGIO, WARDEN, ET AL., *ante*, p. 1214;

No. 82–6110.  RAULERSON *v.* FLORIDA, *ante*, p. 1229;

No. 82–6192.  ROBERTS *v.* SOUTH CAROLINA, *ante*, p. 1214;

No. 82–6618.  BOTHWELL *v.* GEORGIA, *ante*, p. 1210;

No. 82–6640.  IN RE DAMIANO, 462 U. S. 1130; and

No. 82–6705.  BETKA *v.* SMITH ET AL., 462 U. S. 1125. Petitions for rehearing denied.